UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GUILLERMO RODRIGUEZ-CHAIREZ,<br><br>    Defendant. | Case No. 18CR-5275-DMS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 8, 2019

_____
Hon. Dana M. Sabraw
United States District Judge